UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMATRA KENDRICK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX STATE AND LOCAL SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 18-cv-00213-RS<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT** |

After defendants moved to dismiss plaintiff's complaint, plaintiff filed an amended complaint. Accordingly, defendants' motion to dismiss is denied as moot, without prejudice to any arguments defendants may choose to advance that the complaint as amended remains defective. The motion to remand remains on calendar for March 29, 2018.

**IT IS SO ORDERED**.

Dated: March 14, 2018

_____
RICHARD SEEBORG
United States District Judge