FILED

OCT 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUMATRA KENDRICK, an individual,<br><br>    Plaintiff-Respondent,<br><br> v.<br><br>CONDUENT STATE AND LOCAL SOLUTIONS, INC., FKA Xerox State and Local Solutions, Inc.,<br><br>    Defendant-Petitioner. | No.  18-80047<br><br>D.C. No. 3:18-cv-00213-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CANBY and RAWLINSON, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is granted. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010). Within 7 days after the filing date of this order, petitioner shall perfect the appeal pursuant to Federal Rule of Appellate Procedure 5(d).

Pursuant to 28 U.S.C. § 1453(c)(2), the court shall complete all action on this appeal, including rendering judgment, not later than 60 days after the date on which the appeal was filed. *See also Bush v. Cheaptickets, Inc.*, 425 F.3d 683, 685 (9th Cir. 2005) (stating that 60-day time period begins to run when the court accepts the appeal). The parties shall submit, via electronic filing, simultaneous briefs and excerpts of record within 10 days after the filing date of this order. No reply briefs will be accepted.

SLL/MOATT

Also, within 10 days after the filing date of this order, by 5:00 p.m. (Pacific time), the parties shall submit to the Clerk's Office in San Francisco 7 copies of the briefs and 4 copies of the excerpts of record in paper format, accompanied by certification that the briefs are identical to the versions submitted electronically.

Any motion to extend time to file the briefs shall strictly comply with the requirements set forth in 28 U.S.C. § 1453(c)(3).

The Clerk shall calendar this case during the week of November 13-16, 2018 in San Francisco.