

**FILED**

**NOV 15 2018**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUMATRA KENDRICK, an individual, | No.   18-16988 |
| Plaintiff-Appellee, | D.C. No. 3:18-cv-00213-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| CONDUENT STATE AND LOCAL SOLUTIONS, INC., FKA Xerox State and Local Solutions, Inc., | ORDER |
| Defendant-Appellant, | |
| and | |
| BAY AREA TOLL AUTHORITY, a California public corporation; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, a California public corporation, | |
| Defendants. | |

Before:  SCHROEDER and WATFORD, Circuit Judges, and EZRA,[*] District Judge.

   Bay Area Toll Authority ("BATA") and Golden Gate Bridge, Highway and

Transportation District's motion for leave to file the *amicus curiae* brief in support

---

   [*]   The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

of Appellant Conduent State and Local Solutions, Inc., Docket No. 23, is GRANTED. The brief is ordered filed.

Submission is deferred until Wednesday, November 21, 2018, to permit the Plaintiff-Appellee to file a response to the *amicus curiae* brief.