**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUMATRA KENDRICK, an individual,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>CONDUENT STATE AND LOCAL SOLUTIONS, INC., FKA Xerox State and Local Solutions, Inc.,<br><br>　　　　Defendant-Appellant,<br><br>　and<br><br>BAY AREA TOLL AUTHORITY, a California public corporation; GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, a California public corporation,<br><br>　　　　Defendants. | No.　18-16988<br><br>D.C. No. 3:18-cv-00213-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER and WATFORD, Circuit Judges, and EZRA,[*] District Judge.

　　Appellant's Motion to Strike Appellees' Brief in Response to Amicus Brief, Docket No. 34, is **DENIED**.

---

　　[*]　　The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.