UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUMATRA KENDRICK, an individual,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CONDUENT STATE AND LOCAL SOLUTIONS, INC., FKA Xerox State and Local Solutions, Inc.,<br><br>Defendant - Appellant,<br><br>and<br><br>BAY AREA TOLL AUTHORITY, a California public corporation and GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT, a California public corporation,<br><br>Defendants. | No. 18-16988<br><br>D.C. No. 3:18-cv-00213-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered December 13, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7